IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH S. TAYLOR, | ) | CASE NO. 1:05CV2983 |
| Plaintiff, | ) | JUDGE KATHLEEN O'MALLEY |
| v. | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | **STIPULATED DISMISSAL** |
| Defendants. | ) | **WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the Parties herein stipulate that all claims in this matter are dismissed with prejudice. Costs to be applied as paid.

**IT IS SO ORDERED.**

_____
JUDGE KATHLEEN O'MALLEY

APPROVED BY:
ROBERT J. TRIOZZI (0016532)
Director of Law

/s/ Gary S. Singletary
Gary S. Singletary (0037329)
Assistant Director of Law
Room 601 – City Hall
601 Lakeside Avenue Floor
Cleveland, Ohio 44114
(216) 664-2737
Fax: (216) 664-2663
Email: gsingletary@city.cleveland.oh.us
Attorney for Defendant City of Cleveland

Kenneth S. Taylor (pro se)
8610 Hadden Road
Twinsburg, OH 44087
(330) 425-1542
Fax (216) 692-1007
Plaintiff